THEODORE V. WELLS JR. (Admitted *Pro Hac Vice*)
MOSES SILVERMAN (Admitted *Pro Hac Vice*)
MICHAEL E. GERTZMAN (Admitted *Pro Hac Vice*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990

MICHAEL J. SHEPARD (State Bar No. 91281)
MICHAEL A. ZWIBELMAN (State Bar No. 224783)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, California 94104-2878
Telephone: (415) 772-6000
Facsimile: (415) 772-6268

Attorneys for Defendant
CHARLES W. McCALL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>CHARLES W. McCALL and JAY M. LAPINE,<br><br>    Defendants. | Case No.: CR-00-0505-MJJ<br><br>**STIPULATION AND [PROPOSED] ORDER ALLOWING DEFENDANT CHARLES W. McCALL TO FILE MATERIALS UNDER SEAL**<br><br><br>The Honorable Martin J. Jenkins<br>Date: N/A<br>Time: N/A<br>Courtroom 11, Nineteenth Floor<br>Trial Date: September 11, 2006 |

The United States and defendants Charles W. McCall and Jay M. Lapine, through their respective counsel, stipulate and agree as follows:

**RECITALS**

1. On March 28, 2003, in the San Francisco Superior Court, the Honorable Donald S. Mitchell entered a Confidentiality Stipulation and Protective Order governing all documents provided in the consolidated action captioned *Utah State Retirement Board et al. v. McKesson HBOC, Inc. et al.,* (No. 311269), *Minnesota State Board of Investment v. McKesson HBOC, Inc. et al.,* (No. 311747), *State of Oregon v. Bear Stearns & Co. et al.* (No. CGC-02-405792). The Order further requires that no document containing any material designated as Confidential, under the terms of the Stipulation, shall be filed as part of a public court file.

2. On June 11, 2003, in the State Court of Fulton County Georgia, the Honorable Penny Brown Reynolds entered a Consent Protective Order governing all documents provided in the action captioned *Suffolk Partners Limited Partnership, et al. v. McKessonHBOC, Inc., et al.* (No. 00 VS 010469 A). The Order further requires that no document containing any material designated as Confidential, under the terms of the Stipulation, shall be filed as part of a public court file.

3. On July 24, 2003, in the United States District Court, Northern District of California, the Honorable Judge Patricia V. Trumbull entered a Stipulation and Order Governing the Treatment of Confidential Information governing all documents provided in the action captioned *In re McKessonHBOC, Inc. Securities Litigation* (Master File No. CV-99-20743 RMW). The Order further requires that no document containing any material designated as Confidential, under the terms of the Stipulation, shall be filed as part of a public court file.

4. On December 16, 2003, in the Court of Chancery for the State of Delaware, the Honorable William B. Chandler III entered a Confidentiality Order governing all documents provided in the action captioned *Saito et al. v. McCall et al.* (No. 17132-NC).

The Order further requires that no document containing any material designated as Confidential, under the terms of the Stipulation, shall be filed as part of a public court file.

5. On December 29, 2003, in the United States District Court, Northern District of California, the Honorable Ronald M. Whyte entered a Stipulation and Order Governing the Treatment of Confidential Information governing all documents provided in the action captioned *In re McKessonHBOC, Inc. ERISA Litigation* (No. C 00-20030 RMW). The Order further requires that no document containing any material designated as Confidential, under the terms of the Stipulation, shall be filed as part of a public court file.

6. On October 28, 2003, this Court entered a Protective Order Regarding Production of Discovery to Third Parties By Defendants and Sealing Order. The Order requires that all documents disclosed by the United States to Defendants shall not be disclosed to third parties except as necessary for effective trial preparation.

7. The parties agree that, going forward, all materials governed by the confidentiality and protective orders described above will be filed under seal. The limited scope of the this joint request attempts to meet this Court's directive that such requests be "narrowly tailored to seal only that material for which good cause to seal has been established. Any order sealing any documents shall direct the sealing of only those documents, pages or, if practicable, those portions of documents or pages, which contain the information requiring confidentiality." Civil L.R. 79-5(b).

ORDER ALLOWING DEF. MCCALL TO FILE MATERIALS UNDER SEAL
CASE NO. CR-00-0505-MJJ

# **STIPULATION**

Based on the foregoing, IT IS HEREBY STIPULATED AND AGREED that, with this Court's permission, Mr. McCall will file under seal excerpts of any materials including but not limited to pleadings, letter briefs, and/or accompanying declarations and/or exhibits that contain information governed by the confidentiality and protective orders described above.

IT IS SO STIPULATED AND AGREED.

DATED: October 19, 2006         Respectfully submitted,

                                HELLER EHRMAN LLP


                                By */s/ Michael J. Shepard*
                                    Michael J. Shepard


                                  -- and --

                                PAUL, WEISS, RIFKIND, WHARTON, & GARRISON LLP


                                By */s/ Theodore V. Wells, Jr.*
                                    Theodore V. Wells Jr.

                                Attorneys for Defendant
                                CHARLES W. McCALL

| | | |
|---|---|---|
| DATED: October 19, 2006 | | UNITED STATES OF AMERICA |

By */s/ Timothy P. Crudo*
    Timothy P. Crudo
    Brian J. Stretch
    Office of the United States Attorney
    450 Golden Gate Avenue
    Eleventh Floor
    San Francisco, CA 94102
    (415) 436-7200
    (415) 436-7234 FAX

Attorneys for the United States

DATED: October 19, 2006    TOPEL & GOODMAN

By */s/ Marcus S. Topel*
    Marcus S. Topel
    Topel & Goodman
    832 Sansome Street, Fourth Floor
    San Francisco, CA 94111
    (415) 421-6140
    (415) 398-5030 FAX

Attorneys for Defendant
JAY M. LAPINE

Pursuant to the foregoing stipulation, IT IS SO ORDERED.

DATED: _October 20_____, 2006    _____
    THE HONORABLE MARTIN J. JENKINS
    United States District Judge

4

ORDER ALLOWING DEF. MCCALL TO FILE MATERIALS UNDER SEAL
CASE NO. CR-00-0505-MJJ