KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

TIMOTHY P. CRUDO (CSBN 143835)
BRIAN J. STRETCH (CSBN 163973)
Assistant United States Attorneys

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7200
   Telecopy: (415) 436-7234
   Timothy.Crudo@usdoj.gov
   Brian.Stretch@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

*E-filing*

**FILED**
OCT 2 3 2006
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CHARLES W. McCALL, and JAY M. ) <br> LAPINE, ) <br> ) <br> Defendants. ) | No. CR-00-0505-MJJ <br> MODIFIED <br> STIPULATION NO. 5 REGARDING OFFICERS AND REGISTRATION |

     The parties hereby stipulate, for purposes of the trial of this action, that the following facts are conclusively established beyond a reasonable doubt and therefore are not in dispute:

     From December 1, 1997 through January 12, 1999, the defendants Charles McCall and Jay Lapine were officers of HBO & Company. From January 12, 1999 to April 28, 1999 Charles McCall was an officer of McKessonHBOC.

     From December 1, 1997 through January 12, 1999, HBO & Company and McKesson Corp. each had a class of securities registered pursuant to Section 78l of Title 15 of the United

STIPULATION NO. 5 RE: OFFICERS AND REGISTRATION
Case No. CR-00-0505-MJJ

States Code. In addition, from January 13, 1999 through April 28, 1999, McKessonHBOC had a class of securities registered pursuant to Section 78l of Title 15 of the United States Code.

The parties agree that this stipulation may be admitted into evidence at trial.

IT IS SO STIPULATED.

DATED: 10·23·06

TIMOTHY P CRUDO
BRIAN J. STRETCH
Assistant United States Attorneys

DATED: 10/23/06

THEODORE V. WELLS, JR.
Counsel for Mr. McCall

DATED: _____

MARCUS S. TOPEL
Counsel for Mr. Lapine