TOPEL & GOODMAN
MARCUS TOPEL (Bar No. 54702)
LYN R. AGRE (S.B. No. 178218)
832 Sansome Street, 4th Floor
San Francisco, CA 94111
Tel: (415) 421-6140
Fax: (415) 398-5030

Counsel for Defendant
JAY LAPINE

FILED
OCT 2 3 2006
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA


E-filing

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CHARLES W. McCALL and JAY LAPINE,<br><br>　　　　　Defendants. | Case No. CR-00-0505-MJJ<br><br>STIPULATION #9<br>REGARDING MCKESSONHBOC'S<br>APRIL 26, 1999 AUDIT COMMITTEE<br>MEETING |

　　　The parties hereby stipulate, for purposes of the trial of this action, that the following facts are conclusively established beyond a reasonable doubt and therefore are not in dispute:

　　　Mr. Lapine was not present at the ~~August~~ April 26, 1999 Audit Committee meeting.

IT IS SO STIPULATED.

DATED: 10·23·06

_____
TIMOTHY P. CRUDO
BRIAN J. STRETCH
Assistant United States Attorneys

1
2  DATED: _____        _____
3                                      THEODORE V. WELLS JR.
                                       Counsel for Mr. McCall
4
5  DATED: 10-23-06                     _____
6                                      MARCUS S. TOPEL
                                       Counsel for Mr. Lapine
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION RE: August 26, 1999 AUDIT COMMITTEE MEETING
Case No. CR-00-0505-MJJ