1 | THEODORE V. WELLS JR. (Admitted *Pro Hac Vice*)
2 | MOSES SILVERMAN (Admitted *Pro Hac Vice*)
  | MICHAEL E. GERTZMAN (Admitted *Pro Hac Vice*)
3 | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
  | 1285 Avenue of the Americas
  | New York, New York 10019
4 | Telephone: (212) 373-3000
  | Facsimile: (212) 757-3990

FILED
OCT 27 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MICHAEL J. SHEPARD (State Bar No. 91281)
MICHAEL A. ZWIBELMAN (State Bar No. 224783)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, California 94104-2878
Telephone: (415) 772-6000
Facsimile: (415) 772-6268

Attorneys for Defendant
CHARLES W. McCALL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: CR-00-0505-MJJ |
|---|---|
| Plaintiff, | [PROPOSED] ORDER STRIKING UNPROVEN ALLEGATIONS FROM THE INDICTMENT |
| v. | |
| CHARLES W. McCALL and JAY M. LAPINE, | |
| Defendants. | The Honorable Martin J. Jenkins Courtroom 11, Nineteenth Floor |

ORDER STRIKING UNPROVEN ALLEGATIONS FROM THE INDICTMENT
CASE NO. CR-00-0505-MJJ

Having considered the request from defendants Charles W. McCall and Jay M. Lapine for this Court to strike, with prejudice, the allegations in the Second Superseding Indictment (unsealed June 4, 2003) ("indictment") related to the manipulation of reserves and the improper use of recourse agreements, this Court hereby GRANTS defendants' request.

This Court hereby FINDS that the United States has offered no evidence in support of the allegations in the indictment related to the manipulation of reserves and the improper use of recourse agreements. It is therefore ORDERED, in the interest of justice and in the exercise of this Court's inherent supervisory power, that the following paragraphs of the indictment shall be stricken with prejudice: paragraphs 21 (last sentence only), 23, 26(a) (references to "recourse agreements" and "expenses" only), 26(d)-(e) (references to "recourse agreements" and "acquisition reserves" only), 37, 48, 49, 52, 89 (fifth and seventh bullet points only), 97(b) (reference to "recourse agreements with GECC" only), 97(c), 100(b) (reference to "recourse agreements with GECC" only), and 100(c).

IT IS SO ORDERED.

DATED: October 31, 2006
*nunc pro tunc*

_____
THE HONORABLE MARTIN J. JENKINS
United States District Judge

---

1

ORDER STRIKING UNPROVEN ALLEGATIONS FROM THE INDICTMENT
CASE NO. CR-00-0505-MJJ