THEODORE V. WELLS JR. (Admitted *Pro Hac Vice*)
MOSES SILVERMAN (Admitted *Pro Hac Vice*)
MICHAEL E. GERTZMAN (Admitted *Pro Hac Vice*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990

MICHAEL J. SHEPARD (State Bar No. 91281)
MICHAEL A. ZWIBELMAN (State Bar No. 224783)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, California 94104-2878
Telephone: (415) 772-6000
Facsimile: (415) 772-6268

Attorneys for Defendant
CHARLES W. McCALL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHARLES W. McCALL and JAY M. LAPINE,<br><br>Defendants. | Case No.: CR-00-0505-MJJ<br><br>**STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE FOR DEFENDANTS McCALL'S AND LAPINE'S RENEWED MOTIONS FOR JUDGMENTS OF ACQUITTAL PURSUANT TO RULE 29**<br><br>The Honorable Martin J. Jenkins<br>Date: March 8, 2007<br>Time: 2:00 p.m.<br>Courtroom 11, Nineteenth Floor<br>Trial Date: September 11, 2006 |

ORDER SETTING BRIEFING SCHEDULE FOR DEFENDANTS' RENEWED RULE 29 MOTIONS
CASE NO. CR-00-0505-MJJ

The United States and defendants Charles W. McCall and Jay M. Lapine, through their respective counsel, stipulate and agree as follows:

**<u>RECITALS</u>**

1. On June 4, 2003, this Court unsealed a second superseding indictment ("the Indictment") containing charges against Mr. McCall and Mr. Lapine. The charges, which relate to accounting irregularities reported to the market by the McKesson Corporation in April 1999, include conspiracy to commit securities fraud, fraud in connection with the purchase and sale of securities, filing false documents with the United States Securities and Exchange Commission, circumventing internal accounting controls, and falsifying books, records, and accounts.

2. Trial in this matter began on September 11, 2006.

3. Mr. McCall and Mr. Lapine moved for judgments of acquittal pursuant to Federal Rule of Criminal Procedure 29 at the close of the government's case-in-chief and renewed the motions at the close of evidence.

4. The case was submitted to the jury on Friday, October 27, 2006.

5. On Friday, November 3, 2006, the jury returned verdicts of not guilty as to Mr. McCall and Mr. Lapine on Count 1 of the Indictment, Conspiracy to Commit Securities Fraud, 18 U.S.C. § 371. The jury was unable to reach a verdict as to Mr. McCall or Mr. Lapine on any of the remaining six counts, and the Court declared a mistrial as to Counts 2, 4, 5, 6, 7 and 8 of the Indictment and discharged the jury.

6. Pursuant to Federal Rule of Criminal Procedure 29, Mr. McCall and Mr. Lapine must file Motions for Judgments of Acquittal, if either seeks to make such a motion, on or before November 10, 2006, within seven days after the Court discharged the jury.

7. In order to accommodate the professional schedules of counsel, all undersigned parties agree that, with this Court's permission, the briefing schedule for Mr. McCall's and Mr. Lapine's Motions for Judgments of Acquittal, if either brings such a motion, shall be as follows: Mr. McCall's and Mr. Lapine's motions would be due on or before December 22, 2006; the government's opposition would be due on or before January

26, 2007, and Mr. McCall's and Mr. Lapine's reply briefs would be due on or before February 23, 2007. The motions would be heard, with the Court's permission, on March 8, 2007, in conjunction with the status conference scheduled in this matter.

## **STIPULATION**

Based on the foregoing, IT IS HEREBY STIPULATED AND AGREED that, with this Court's permission, Mr. McCall's and Mr. Lapine's Motions for Judgments of Acquittal, if either brings such a motion, shall be due on or before December 22, 2006; the government's opposition shall be due on or before January 26, 2007; Mr. McCall's and Mr. Lapine's reply briefs shall be due on or before February 23, 2007; the motions, if brought, shall be heard on March 8, 2007 in conjunction with the scheduled status conference; and a Motion for Judgment of Acquittal filed by Mr. McCall or Mr. Lapine on or before December 22, 2006 shall be deemed timely filed under the Federal Rules of Criminal Procedure.

IT IS SO STIPULATED AND AGREED.

DATED: November 8, 2006            Respectfully submitted,

PAUL, WEISS, RIFKIND, WHARTON, & GARRISON LLP

By */s/ Theodore V. Wells, Jr.*
   Theodore V. Wells Jr.

-- and --

HELLER EHRMAN LLP

By */s/ Michael J. Shepard*
   Michael J. Shepard

Attorneys for Defendant
CHARLES W. McCALL

2

ORDER SETTING BRIEFING SCHEDULE FOR DEFENDANTS' RENEWED RULE 29 MOTIONS
CASE NO. CR-00-0505-MJJ

| | |
|---|---|
| DATED: November 8, 2006 | UNITED STATES OF AMERICA |
| | By */s/ Timothy P. Crudo* |
| |     Timothy P. Crudo |
| |     Brian J. Stretch |
| |     Office of the United States Attorney |
| |     450 Golden Gate Avenue |
| |     Eleventh Floor |
| |     San Francisco, CA 94102 |
| |     (415) 436-7200 |
| |     (415) 436-7234 FAX |
| | Attorneys for the United States |

| | |
|---|---|
| DATED: November 8, 2006 | TOPEL & GOODMAN |
| | By */s/ Marcus S. Topel* |
| |     Marcus S. Topel |
| |     Lyn Agre |
| |     Topel & Goodman |
| |     832 Sansome Street, Fourth Floor |
| |     San Francisco, CA 94111 |
| |     (415) 421-6140 |
| |     (415) 398-5030 FAX |
| | Attorneys for Defendant JAY M. LAPINE |

Pursuant to the foregoing stipulation, IT IS SO ORDERED.

DATED: November 14, 2006     _____
                                          United States District Judge