THEODORE V. WELLS JR. (Admitted *Pro Hac Vice*)
MOSES SILVERMAN (Admitted *Pro Hac Vice*)
MICHAEL E. GERTZMAN (Admitted *Pro Hac Vice*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990

MICHAEL J. SHEPARD (State Bar No. 91281)
MICHAEL A. ZWIBELMAN (State Bar No. 224783)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, California 94104-2878
Telephone: (415) 772-6000
Facsimile: (415) 772-6268

Attorneys for Defendant
CHARLES W. McCALL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>CHARLES W. McCALL and JAY M. LAPINE,<br><br>    Defendants. | Case No.: CR-00-0505-MJJ<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE FOR DEFENDANTS McCALL'S AND LAPINE'S POST-TRIAL MOTIONS**<br><br>The Honorable Martin J. Jenkins<br>Date:  April 12, 2007<br>Time:  2:00 p.m.<br>Courtroom 11, Nineteenth Floor |

The United States and defendants Charles W. McCall and Jay M. Lapine, through their respective counsel, stipulate and agree as follows:

**RECITALS**

1. On June 4, 2003, this Court unsealed a second superseding indictment ("the Indictment") containing charges against Mr. McCall and Mr. Lapine. The charges, which relate to accounting irregularities reported to the market by the McKesson Corporation in April 1999, include conspiracy to commit securities fraud, fraud in connection with the purchase and sale of securities, filing false documents with the United States Securities and Exchange Commission, circumventing internal accounting controls, and falsifying books, records, and accounts.

2. Trial in this matter began on September 11, 2006.

3. Mr. McCall and Mr. Lapine moved for judgments of acquittal pursuant to Federal Rule of Criminal Procedure 29 at the close of the government's case-in-chief and renewed the motions at the close of evidence.

4. The case was submitted to the jury on Friday, October 27, 2006.

5. On Friday, November 3, 2006, the jury returned verdicts of not guilty as to Mr. McCall and Mr. Lapine on Count 1 of the Indictment, Conspiracy to Commit Securities Fraud, 18 U.S.C. § 371. The jury was unable to reach a verdict as to Mr. McCall or Mr. Lapine on any of the remaining six counts, and the Court declared a mistrial as to Counts 2, 4, 5, 6, 7 and 8 of the Indictment and discharged the jury.

6. Pursuant to Federal Rule of Criminal Procedure 29, Mr. McCall and Mr. Lapine would have been required to file Motions for Judgements of Acquittal, if either sought to make such a motion, on or before November 10, 2006, within seven days after the Court discharged the jury.

7. By a Stipulation and Proposed Order dated November 8, 2006, the undersigned parties stipulated and agreed that, with this Court's permission, the briefing schedule for Mr. McCall's and Mr. Lapine's Motions for Judgments of Acquittal, if either brought such a motion, would be as follows: Mr. McCall's and Mr. Lapine's motions would be due on or before December 22, 2006; the government's opposition would be due on or before January 26, 2007; and Mr. McCall's and Mr. Lapine's reply briefs would be due on or before February 23, 2007. The motions would be heard, with the Court's permission, on March 8, 2007, in conjunction with the status conference scheduled in this matter.

8. The Court entered an Order on November 14, 2006, setting the briefing schedule on Mr. McCall's and Mr. Lapine's Motions for Judgments of Acquittal as set forth above.

9. In order to accommodate the professional schedules of counsel, all undersigned parties now agree that, with this Court's permission, the briefing schedule for Mr. McCall's and Mr. Lapine's Motions for Judgments of Acquittal, or other post-trial motions, if any, shall be as follows: Mr. McCall's and Mr. Lapine's motions would be due on or before February 2, 2007; the government's opposition would be due on or before March 8, 2007; and Mr. McCall's and Mr. Lapine's reply briefs would be due on or before April 6, 2007. The motions would be heard, with the Court's permission, on April 12, 2007 at 2:00 p.m. or at the Court's earliest convenience. The parties also agree that the status conference scheduled for March 8, 2007 should proceed as planned.

## **STIPULATION**

Based on the foregoing, IT IS HEREBY STIPULATED AND AGREED that, with this Court's permission, Mr. McCall's and Mr. Lapine's Motions for Judgments of Acquittal, or other post-trial motions, if any, shall be due on or before February 2, 2007; the government's opposition shall be due on or before March 8, 2007; and Mr. McCall's and Mr. Lapine's reply briefs shall be due on or before April 6, 2007. The motions, if brought, shall be heard on April 12, 2007 at 2:00 p.m. or at the Court's earliest convenience. The status conference scheduled for March 8, 2007 should proceed as planned.

IT IS SO STIPULATED AND AGREED.

DATED: December 15, 2006       Respectfully submitted,

PAUL, WEISS, RIFKIND, WHARTON, & GARRISON LLP

By */s/ Theodore V. Wells, Jr.*
    Theodore V. Wells Jr.

-- and --

HELLER EHRMAN LLP

By */s/ Michael J. Shepard*
    Michael J. Shepard

Attorneys for Defendant
CHARLES W. McCALL

3

ORDER MODIFYING BRIEFING SCHEDULE
CASE NO. CR-00-0505-MJJ

DATED: December 15, 2006         UNITED STATES OF AMERICA


By */s/ Timothy P. Crudo*
    Timothy P. Crudo
    Brian J. Stretch
    Office of the United States Attorney
    450 Golden Gate Avenue
    Eleventh Floor
    San Francisco, CA 94102
    (415) 436-7200
    (415) 436-7234 FAX

Attorneys for the United States

DATED: December 15, 2006         TOPEL & GOODMAN


By */s/ Marcus S. Topel*
    Marcus S. Topel
    Lyn Agre
    Topel & Goodman
    832 Sansome Street, Fourth Floor
    San Francisco, CA 94111
    (415) 421-6140
    (415) 398-5030 FAX

Attorneys for Defendant
JAY M. LAPINE

Pursuant to the foregoing stipulation, IT IS SO ORDERED.

DATED: December _21_, 2006         _____
    THE HONORABLE MARTIN J. JENKINS
    United States District Judge

4

ORDER MODIFYING BRIEFING SCHEDULE
CASE NO. CR-00-0505-MJJ