THEODORE V. WELLS JR. (Admitted *Pro Hac Vice*)
MOSES SILVERMAN (Admitted *Pro Hac Vice*)
MICHAEL E. GERTZMAN (Admitted *Pro Hac Vice*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990

MICHAEL J. SHEPARD (State Bar No. 91281)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, California 94104-2878
Telephone: (415) 772-6000
Facsimile: (415) 772-6268

Attorneys for Defendant
CHARLES W. McCALL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>  v.<br><br>CHARLES W. McCALL and JAY M. LAPINE,<br><br>                      Defendants. | Case No.: CR-00-0505-MJJ<br><br>**STIPULATION & [PROPOSED] ORDER RE: MAY 17, 2007 HEARING**<br><br><br>The Honorable Martin J. Jenkins<br>Date: May 17, 2007<br>Time: 2:00 p.m.<br>Courtroom 11, Nineteenth Floor<br>Trial Date: September 10, 2007 |

The United States and defendants Charles W. McCall and Jay M. Lapine, through their respective counsel, stipulate and agree as follows:

### RECITALS

1. On February 2, 2007, Messrs. McCall and Lapine (collectively, "Defendants") timely filed Motions for Judgments of Acquittal (the "Motions"). On March 8, 2007, the United States opposed the Motions. On April 6, 2007, Defendants filed reply briefs in further support of the Motions.

2. On March 22, 2007, the Court scheduled argument on the Motions for April 19, 2007.

3. In order to accommodate the Court's schedule, and that of counsel to all parties, oral argument has been rescheduled for May 17, 2007 at 2:00 p.m.

4. With the Court's permission, the appearances of Defendants may be waived for the May 17, 2007 oral argument on the Motions.

### STIPULATION

Based on the foregoing, IT IS HEREBY STIPULATED AND AGREED that the Motions will be heard on May 17, 2007 at 2:00 p.m.; and, with the Court's permission, the appearances of Defendants may be waived for the May 17, 2007 oral argument on the Motions.

IT IS SO STIPULATED AND AGREED.

| | | |
|---|---|---|
| DATED: May 8, 2007 | | Respectfully submitted, |

PAUL, WEISS, RIFKIND, WHARTON, & GARRISON LLP

By */s/ Theodore V. Wells, Jr.*
  Theodore V. Wells, Jr.

     -and-

HELLER EHRMAN LLP

By */s/ Michael J. Shepard*
  Michael J. Shepard

Attorneys for Defendant
CHARLES W. McCALL

DATED: May 8, 2007    UNITED STATES OF AMERICA

By */s/ Timothy P. Crudo*
  Timothy P. Crudo
  Brian J. Stretch
  Office of the United States Attorney
  450 Golden Gate Avenue, Eleventh Floor
  San Francisco, CA 94102
  Tel: (415) 436-7200
  Fax: (415) 436-7234

Attorneys for the United States

DATED: May 8, 2007    KASOWITZ BENSON TORRES & FRIEDMAN LLP

By */s/ Marcus S. Topel*
  Marcus S. Topel
  Lyn R. Agre
  Kasowitz Benson Torres & Friedman LLP
  832 Sansome Street, Fourth Floor
  San Francisco, CA 94111
  Tel: (415) 421-6140
  Fax: (415) 398-5030

Attorneys for Defendant
JAY M. LAPINE

2

1
2  Pursuant to the foregoing stipulation, IT IS SO ORDERED.
3
4  DATED: May __9__, 2007
5                                                   _____
                                                     United States District Judge
6
7
8
...
28

3

STIPULATION & ORDER RE: MAY 17, 2007 HEARING
CASE NO. CR-00-0505-MJJ