1  THEODORE V. WELLS JR. (Admitted *Pro Hac Vice*)
   MOSES SILVERMAN (Admitted *Pro Hac Vice*)
2  MICHAEL E. GERTZMAN (Admitted *Pro Hac Vice*)
   PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
3  1285 Avenue of the Americas
   New York, New York 10019
4  Telephone: (212) 373-3000
   Facsimile: (212) 757-3990
5
   MICHAEL J. SHEPARD (State Bar No. 91281)
6  HELLER EHRMAN LLP
   333 Bush Street
7  San Francisco, California 94104-2878
   Telephone: (415) 772-6000
8  Facsimile: (415) 772-6268

9  Attorneys for Defendant
   CHARLES W. McCALL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: CR-00-0505-MJJ |
|---|---|
| Plaintiff, | **STIPULATION & [PROPOSED] ORDER RE: NOVEMBER 15, 2007 STATUS CONFERENCE** |
| v. | |
| CHARLES W. McCALL and JAY M. LAPINE, | |
| Defendants. | |
| | The Honorable Martin J. Jenkins
Date: November 15, 2007
Time: 2:00 p.m.
Courtroom 11, Nineteenth Floor
Trial Date: |

STIPULATION & ORDER RE: NOVEMBER 15, 2007 CONFERENCE
CASE NO. CR-00-0505-MJJ

The United States and defendants Charles W. McCall and Jay M. Lapine, through their respective counsel, stipulate and agree as follows:

### RECITALS

1. On October 3, 2007, the Court scheduled a status conference in this matter for November 15, 2007 at 2:00 p.m.

4. With the Court's permission, the appearances of Defendants are waived for the November 15, 2007 status conference.

### STIPULATION

Based on the foregoing, IT IS HEREBY STIPULATED AND AGREED that, with the Court's permission, the appearances of Defendants are waived for the November 15, 2007 status conference.

IT IS SO STIPULATED AND AGREED.

DATED: October 11, 2007              Respectfully submitted,

                                     PAUL, WEISS, RIFKIND, WHARTON, & GARRISON LLP

                                     By /s/ Theodore V. Wells, Jr.
                                           Theodore V. Wells, Jr.

                                                  -and-
                                     HELLER EHRMAN LLP

                                     By /s/ Michael J. Shepard
                                           Michael J. Shepard

                                     Attorneys for Defendant
                                     CHARLES W. McCALL

2

STIPULATION & ORDER RE: NOVEMBER 15, 2007 CONFERENCE
CASE NO. CR-00-0505-MJJ

DATED: October 11, 2007  UNITED STATES OF AMERICA

By /s/ Timothy P. Crudo
   Timothy P. Crudo
   Brian J. Stretch
   Office of the United States Attorney
   450 Golden Gate Avenue
   Eleventh Floor
   San Francisco, CA 94102
   (415) 436-7200
   (415) 436-7234 FAX

Attorneys for the United States

DATED: October 11, 2007  KASOWITZ BENSON TORRES & FRIEDMAN LLP

By /s/ Marcus S. Topel
   Marcus S. Topel
   Lyn R. Agre
   Kasowitz Benson Torres & Friedman LLP
   832 Sansome Street, Fourth Floor
   San Francisco, CA 94111
   (415) 421-6140
   (415) 398-5030 FAX

Attorneys for Defendant
JAY M. LAPINE

Pursuant to the foregoing stipulation, IT IS SO ORDERED.

DATED: October 10, 2007

_____
United States District Judge

3

STIPULATION & ORDER RE: NOVEMBER 15, 2007 CONFERENCE
CASE NO. CR-00-0505-MJJ