THEODORE V. WELLS JR. (Admitted *Pro Hac Vice*)
MOSES SILVERMAN (Admitted *Pro Hac Vice*)
MICHAEL E. GERTZMAN (Admitted *Pro Hac Vice*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
Email: twells@paulweiss.com

MICHAEL J. SHEPARD (State Bar No. 91281)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, California 94104-2878
Telephone: (415) 772-6000
Facsimile: (415) 772-6268
Email: michael.shepard@hellerehrman.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>           v.<br><br>CHARLES W. McCALL and JAY M. LAPINE,<br><br>                    Defendants. | Case No.: CR-00-0505-WHA<br><br>**STIPULATION AND [PROPOSED] ORDER RE: OCTOBER 14, 2008 STATUS CONFERENCE**<br><br><br>The Honorable William H. Alsup<br>Date: October 14, 2008 |

STIPULATION AND [PROPOSED] ORDER RE: OCTOBER 14, 2008 STATUS CONFERENCE
CASE NO. CR-00-0505-WHA

The United States and defendants Charles W. McCall and Jay M. Lapine, through their respective counsel, stipulate and agree as follows:

**RECITALS**

1. On May 29, 2008, the parties appeared before the Court for a status conference.

2. At the conclusion of the May 29 status conference, the Court scheduled another status conference for October 14, 2008, but instructed the parties to inform the Court in advance of that date if the defendants' appeals of Judge Jenkins's November 6, 2007 order denying defendants' motions for judgments of acquittal would still be pending as of October 14.

3. The Court of Appeals has scheduled oral argument on the appeals for October 24, 2008.

4. The Court of Appeals advises that most cases are decided within three months to a year of oral argument. (*See* www.ca9.uscourts.gov.)

5. As set forth in greater detail in the parties' joint status conference statement filed on August 12, 2008, which is incorporated in this Stipulation and a copy of which is attached hereto as Exhibit A, it is the parties' position that it will be premature to conduct a status conference on October 14 and, accordingly, the parties respectfully request that the Court re-schedule the status conference for January 20, 2009, or another date thereafter that is convenient for the Court.

**STIPULATION**

Based on the foregoing, IT IS HEREBY STIPULATED AND AGREED that, with the Court's permission, the October 14, 2008 status conference is rescheduled for January 20, 2009. If the Court of Appeals rules on the appeals prior to that date, the parties will inform the Court.

IT IS SO STIPULATED AND AGREED.

1

STIPULATION AND [PROPOSED] ORDER RE: OCTOBER 14, 2008 STATUS CONFERENCE
CASE NO. CR-00-0505-WHA

| | | |
|---|---|---|
| DATED: September 22, 2008 | | UNITED STATES OF AMERICA |

By       /s/
    Timothy P. Crudo
    Office of the United States Attorney
    450 Golden Gate Avenue
    Eleventh Floor
    San Francisco, CA 94102
    (415) 436-7200
    (415) 436-7234 FAX

Attorneys for the United States

DATED: September 22, 2008    PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By       /s/
    Theodore V. Wells Jr.
    Paul, Weiss, Rifkind, Wharton & Garrison LLP
    1285 Avenue of the Americas
    New York, NY 10019-6064

HELLER EHRMAN LLP

By       /s/
    Michael J. Shepard
    Heller Ehrman LLP
    333 Bush Street
    San Francisco, CA 94104

Attorneys for Defendant
CHARLES W. McCALL

2

DATED: September 22, 2008   KASOWITZ BENSON TORRES & FRIEDMAN LLP

By _____/s/_____
Marcus S. Topel
Lyn R. Agre
Kasowitz Benson Torres & Friedman LLP
832 Sansome Street, Fourth Floor
San Francisco, CA  94111
(415) 421-6140
(415) 398-5030  FAX

Attorneys for Defendant
JAY M. LAPINE

I, Michael J. Shepard, attest that Timothy P. Crudo, Theodore V. Wells, Jr. and Marcus S. Topel have read and approved the STIPULATION AND [PROPOSED] ORDER RE:  OCTOBER 14, 2008 STATUS CONFERENCE and consent to its filing in this action.

Pursuant to the foregoing stipulation, IT IS SO ORDERED.

DATED: September 23, 2008

IT IS SO ORDERED
Judge William Alsup

_____
THE HONORABLE WILLIAM H. ALSUP
United States District Judge

---

3

STIPULATION AND [PROPOSED] ORDER RE: OCTOBER 14, 2008 STATUS CONFERENCE
CASE NO. CR-00-0505-WHA