THEODORE V. WELLS, JR. (Admitted *Pro Hac Vice*)
MOSES SILVERMAN (Admitted *Pro Hac Vice*)
MICHAEL E. GERTZMAN (Admitted *Pro Hac Vice*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
Email: twells@paulweiss.com

MICHAEL J. SHEPARD (State Bar No. 91281)
HOGAN & HARTSON LLP
4 Embarcadero Center, 22nd Floor
San Francisco, California 94111
Telephone: (415) 374-2300
Facsimile: (415) 374-2499
Email: mjshepard@hhlaw.com

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>CHARLES W. McCALL and JAY M. LAPINE,<br><br>                Defendants. | Case No.: CR-00-0505-WHA<br><br>**STIPULATION AND [PROPOSED] ORDER RE: JANUARY 20, 2009 STATUS CONFERENCE**<br><br><br>The Honorable William H. Alsup<br>Date: January 20, 2009<br>Time: 2:00 p.m. |

The United States and defendants Charles W. McCall and Jay M. Lapine (collectively, "Defendants"), through their respective counsel, stipulate and agree as follows:

### RECITALS

1. On September 24, 2008, the Court scheduled a status conference in this matter for January 20, 2009 at 2:00 p.m.

2. As set forth more fully in the attached Joint Status Conference Statement, the parties anticipate that the setting of a trial date and other pretrial logistics will be the primary topics discussed at the January 20, 2009 status conference.

3. With the Court's permission, the appearances of Defendants are waived for the January 20, 2009 status conference.

### STIPULATION

Based on the foregoing, IT IS HEREBY STIPULATED AND AGREED that, with the Court's permission, the appearances of Defendants are waived for the January 20, 2009 status conference.

IT IS SO STIPULATED AND AGREED.


DATED: January 13, 2009        UNITED STATES OF AMERICA

By */s/ Timothy P. Crudo*
    Timothy P. Crudo
    Office of the United States Attorney
    450 Golden Gate Avenue
    Eleventh Floor
    San Francisco, CA 94102
    (415) 436-7200
    (415) 436-7234 FAX

Attorneys for the United States

1

| | | |
|---|---|---|
| DATED: January 13, 2009 | | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |

By */s/ Theodore V. Wells, Jr.*
    Theodore V. Wells, Jr.
    Paul, Weiss, Rifkind, Wharton & Garrison LLP
    1285 Avenue of the Americas
    New York, NY 10019-6064

HOGAN & HARTSON LLP

By */s/ Michael J. Shepard*
    Michael J. Shepard
    Hogan & Hartson LLP
    4 Embarcadero Center, 22nd Floor
    San Francisco, CA 94111

Attorneys for Defendant
CHARLES W. McCALL

DATED: January 13, 2009    KASOWITZ BENSON TORRES & FRIEDMAN LLP

By */s/ Marcus S. Topel*
    Marcus S. Topel
    Lyn R. Agre
    101 California Street, Suite 2050
    San Francisco, CA 94111
    (415) 421-6140
    (415) 398-5030 FAX

Attorneys for Defendant
JAY M. LAPINE

    I, Michael J. Shepard, attest that Timothy P. Crudo, Theodore V. Wells, Jr. and Marcus S. Topel have read and approved the STIPULATION AND [PROPOSED] ORDER RE: JANUARY 20, 2009 STATUS CONFERENCE and consent to its filing in this action.

Pursuant to the foregoing stipulation, IT IS SO ORDERED.

DATED: January 15, 2009

*IT IS SO ORDERED*
*Judge William Alsup*

THE HONORABLE WILLIAM H. ALSUP
United States District Judge

2

STIPULATION AND [~~PROPOSED~~] ORDER RE: JANUARY 20, 2009 STATUS CONFERENCE
CASE NO. CR-00-0505-WHA

\\\033596/000001 - 5671 v1