THEODORE V. WELLS JR. (Admitted *Pro Hac Vice*)
MOSES SILVERMAN (Admitted *Pro Hac Vice*)
MICHAEL E. GERTZMAN (Admitted *Pro Hac Vice*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990

MICHAEL J. SHEPARD (State Bar No. 91281)
HOGAN & HARTSON LLP
4 Embarcadero Center, 22nd Floor
San Francisco, California 94111
Telephone: (415) 374-2300
Facsimile: (415) 374-24998

Attorneys for Defendant
CHARLES W. McCALL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>  v.<br><br>CHARLES W. McCALL, ET AL.<br><br>                Defendants. | Case No.: CR-00-0505-WHA<br><br>**TWELFTH STIPULATION AND [PROPOSED] ORDER RE RETURN OF DEFENDANT CHARLES W. McCALL'S PASSPORT**<br><br><br>The Honorable William H. Alsup<br>Date: None<br>Time: None<br>Courtroom 9, Nineteenth Floor<br>Trial Date: October 26, 2009 |

---

TWELFTH STIPULATION AND ORDER RE RETURN OF DEFENDANT McCALL'S PASSPORT
CASE NO. CR-00-0505-WHA

The United States and defendant Charles W. McCall, through their respective counsel, stipulate and agree as follows:

**RECITALS**

1. On June 4, 2003, this Court unsealed a second superseding indictment containing charges against Mr. McCall. Trial in this matter began on September 11, 2006. On November 3, 2006, the jury returned a verdict of not guilty as to Mr. McCall on Count 1 of the Indictment. The jury was unable to reach a verdict as to Mr. McCall on any of the remaining six counts, and the Court declared a mistrial as to Counts 2, 4, 5, 6, 7 and 8 of the Indictment and discharged the jury. The United States intends to re-try Mr. McCall on those Counts, and re-trial is scheduled to begin October 26, 2009.

2. During Mr. McCall's arraignment on June 5, 2003, he surrendered his United States Passport to the Court as part of his conditions of pre-trial release.

3. Between June 2003 and the present, this Court has entered eleven stipulations and orders regarding the return of Mr. McCall's passport. The orders were filed on September 3, 2003; January 5, 2004; August 12, 2004; November 22, 2004; May 13, 2005; September 6, 2005; April 11, 2006; June 4, 2007; November 8, 2007; May 13, 2008; and September 26, 2008 (collectively the "Passport Orders"). These orders granted Mr. McCall permission to obtain and/or retain his passport for personal travel abroad.

4. Upon obtaining, retaining, and/or returning his passport to the Court pursuant to the Passport Orders, Mr. McCall, through his counsel, has notified the United States Pretrial Services Agency by telephone and/or letter of the status of Mr. McCall's passport and Mr. McCall's personal travel plans outside the United States.

5. Most recently, Mr. McCall, through his counsel, returned his passport to the Court on April 2, 2009, in accordance with the Eleventh Stipulation and Order re Return of Defendant Charles W. McCall's Passport ("Eleventh Passport Order"), entered September 26, 2008.

6. Mr. McCall respectfully requests, and the United States does not object, that the Court again allow Mr. McCall to obtain his passport from the Court for two additional

1

1  trips abroad — from June 5 to June 19, 2009, and from July 27 to August 12, 2009 — and
2  for such other trips (before August 24, 2009) that are approved in writing at least three (3)
3  business days in advance by the United States Pretrial Services Agency.  Mr. McCall will
4  provide the Office of the United States Attorney with prompt written notice of any request
5  for, and approval by the United States Pretrial Services Agency of, additional travel not
6  otherwise specified in this Stipulation and Order.
7       7.    Upon completion of his travels, Mr. McCall shall surrender his passport to
8  this Court on or before August 24, 2009.
9       8.    Mr. McCall further respectfully requests, and the United States does not
10  object, that this Stipulation and Order supersede the Eleventh Passport Order.
11      9.    On April 28, 2009, Pretrial Services Officer Ken Goldberg (Southern District
12  of Florida, West Palm Beach Division) informed counsel for Mr. McCall that he has no
13  objection to Mr. McCall's plans to retrieve his passport and travel abroad.
14      10.   On May 4, 2009, Pretrial Services Officer Alan Lew (Northern District of
15  California) informed counsel for Mr. McCall that he would defer to Mr. Goldberg's
16  determinations regarding Mr. McCall's travel plans.

## **STIPULATION**

Based on the foregoing, IT IS HEREBY STIPULATED AND AGREED that Mr. McCall's United States Passport shall, with this Court's permission, be returned to him so that he may travel abroad — from June 5 to June 19, 2009, and from July 27 to August 12, 2009 — and for such other trips (before August 24, 2009) that are approved in writing at least three (3) business days in advance by the United States Pretrial Services Agency.  Mr. McCall shall provide the Office of the United States Attorney with prompt written notice of any request for, and approval by the United States Pretrial Services Agency of, additional travel not otherwise specified in this Stipulation and Order.  Mr. McCall shall surrender his

///
//
/

2

TWELFTH STIPULATION AND ORDER RE RETURN OF DEFENDANT McCALL'S PASSPORT
CASE NO. CR-00-0505-WHA

passport to this Court on or before August 24, 2009. This Order supersedes the Eleventh Passport Order.

IT IS SO STIPULATED AND AGREED.

DATED: May 8, 2009         HOGAN & HARTSON LLP

PAUL, WEISS, RIFKIND, WHARTON, & GARRISON LLP

By */s/ Michael J. Shepard*
      Michael J. Shepard

Attorneys for Defendant
CHARLES W. McCALL

DATED: May 8, 2009         UNITED STATES OF AMERICA

By *David L. Anderson*
    David L. Anderson
    Office of the United States Attorney
    450 Golden Gate Avenue
    Eleventh Floor
    San Francisco, CA 94102
    (415) 436-7200
    (415) 436-7234 FAX

Attorneys for the United States

Pursuant to the foregoing stipulation, IT IS SO ORDERED.

DATED: ___May 14___, 2009     _____
    THE HONORABLE WILLIAM H. ALSUP
    United States District Judge

*IT IS SO ORDERED — Judge William Alsup*

    I, Michael J. Shepard, attest that David L. Anderson has read and approved the TWELFTH STIPULATION AND [PROPOSED] ORDER RE RETURN OF DEFENDANT CHARLES W. McCALL'S PASSPORT and consents to its filing in this action.

3

TWELFTH STIPULATION AND ORDER RE RETURN OF DEFENDANT McCALL'S PASSPORT
CASE NO. CR-00-0505-WHA