IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CHARLES W. McCALL and
JAY LAPINE,

    Defendants.

No. CR 00-0505 WHA

**ORDER DENYING PETITIONER'S REQUEST TO RETURN TO KENTUCKY BY COMMERCIAL AIRLINE**

    The motion by Witness Albert Berzonzi to be allowed to return to the Bureau of Prisons in Kentucky by a commercial airline is **DENIED**. The undersigned has consulted the U. S. Marshals and they do not have the resources (two Marshals) to accompany the witness back to Kentucky. Under the normal procedure, he will be transported back via JPATS and a local Marshal's presence is not required. The Marshals will arrange for Mr. Berzonzi to be transported back to the custody of the Bureau of Prisons in Kentucky and he may be transported back immediately, his presence no longer being required. The Marshals assure the undersigned that they will try to make Mr. Berzonzi's trip as short and smooth as possible.

    **IT IS SO ORDERED.**

Dated: November 12, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE