E-filing

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CHARLES W. McCALL and JAY M. LAPINE,

    Defendants.

No. CR 00-0505 WHA

**SPECIAL VERDICT FORM**

YOU MAY APPROACH THE FOLLOWING QUESTIONS IN ANY ORDER YOU WISH, BUT YOUR ANSWERS MUST BE **UNANIMOUS**.

1(a).  Has the government proven beyond a reasonable doubt that defendant Charles W. McCall is guilty of securities fraud as charged in Count One?

Yes, Guilty    X
No, Not Guilty _____

1(b).  Has the government proven beyond a reasonable doubt that defendant Jay M. Lapine is guilty of securities fraud as charged in Count One?

Yes, Guilty _____
No, Not Guilty    X

2. Has the government proven beyond a reasonable doubt that defendant Charles W. McCall is guilty of securities fraud in connection with a false SEC filing for the quarter ended June 30, 1998, as charged in Count Two?

Yes, Guilty _____X_____

No, Not Guilty _____

3. Has the government proven beyond a reasonable doubt that defendant Charles W. McCall is guilty of securities fraud in connection with a false SEC filing for the quarter ended September 30, 1998, as charged in Count Three?

Yes, Guilty _____X_____

No, Not Guilty _____

4. Has the government proven beyond a reasonable doubt that defendant Charles W. McCall is guilty of securities fraud in connection with a false registration statement as charged in Count Four?

Yes, Guilty _____X_____

No, Not Guilty _____

5(a). Has the government proven beyond a reasonable doubt that defendant Charles W. McCall is guilty of falsifying books, records and accounts as charged in Count Five?

Yes, Guilty _____

No, Not Guilty _____X_____

5(b). Has the government proven beyond a reasonable doubt that defendant Jay M. Lapine is guilty of falsifying books, records and accounts as charged in Count Five?

Yes, Guilty _____

No, Not Guilty _____X_____

6(a).  Has the government proven beyond a reasonable doubt that defendant Charles W. McCall is guilty of circumventing internal accounting controls as charged in Count Six?

Yes, Guilty _____ X _____

No, Not Guilty _____

6(b).  Has the government proven beyond a reasonable doubt that defendant Jay M. Lapine is guilty of circumventing internal accounting controls as charged in Count Six?

Yes, Guilty _____

No, Not Guilty _____ X _____

## CONCLUSION

ONCE YOU HAVE FINISHED ANSWERING ALL QUESTIONS UNANIMOUSLY, PLEASE HAVE THE FOREPERSON SIGN AND DATE THIS FORM, THEN CONTACT THE DEPUTY OR MARSHAL TO INFORM HIM OR HER THAT YOU HAVE COMPLETED YOUR DELIBERATIONS.

Dated: 11/19/09

_____
Foreperson