IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

CHARLES W. McCALL and
JAY M. LAPINE,

    Defendants.
                               /

No. CR 00-0505 WHA

**ORDER SETTING CHAMBERS CONFERENCE WITH COUNSEL**

      Some information has come to the undersigned's attention. Attorney Michael Shepard (or some other attorney for Mr. McCall) and a government attorney should report to chambers on **DECEMBER 2, 2009, AT 2:00 P.M.** Mr. McCall is free to attend but his presence will be excused as only procedure will be discussed and the meeting will be brief.

      **IT IS SO ORDERED.**

Dated: November 30, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE