THEODORE V. WELLS JR. (Admitted *Pro Hac Vice*)
MOSES SILVERMAN (Admitted *Pro Hac Vice*)
MICHAEL E. GERTZMAN (Admitted *Pro Hac Vice*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990

MICHAEL J. SHEPARD (State Bar No. 91281)
HOGAN & HARTSON LLP
4 Embarcadero Center, 22nd Floor
San Francisco, California 94111
Telephone: (415) 374-2300
Facsimile: (415) 374-2499

Attorneys for Defendant
CHARLES W. McCALL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: CR-00-0505-WHA |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING APPLICATION FOR APPEARANCE OF ATTORNEY LAWRENCE S. ROBBINS *PRO HAC VICE*** |
| v. | |
| CHARLES W. McCALL, | |
| Defendant. | |
| | The Honorable William H. Alsup<br>Courtroom 9, Nineteenth Floor |

1   Lawrence S. Robbins, an active member in good standing of the bars of the District
2  of Columbia and the State of New York, whose business address is 1801 K Street, N.W.,
3  Suite 411, Washington, D.C. 20006, having applied for permission to appear in the
4  Northern District of California on a *pro hac vice* basis representing defendant Charles W.
5  McCall in the above-entitled action,
6   IT IS HEREBY ORDERED THAT the application is granted, subject to the terms
7  and conditions of Civil Local Rule 11-3.  All papers filed by Mr. Robbins must indicate
8  appearance *pro hac vice*.  Service of papers upon and communication with co-counsel
9  designated in the application will constitute notice to the party.

12  DATED: _____February 9, 2010._____

13  _____
    THE HONORABLE WILLIAM H. ALSUP
14  United States District Judge



1
ORDER GRANTING APPLICATION FOR APPEARANCE OF ATTORNEY LAWRENCE S. ROBBINS *PRO HAC VICE*
CASE NO. CR-00-0505-WHA