**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

      Plaintiff,

  v.

CHARLES W. McCALL and
JAY M. LAPINE,

      Defendants.
                                  /

No. CR 00-0505 WHA

**ORDER CONTINUING SENTENCING**

      The sentencing hearing of defendant Charles McCall is continued from Tuesday, March 2, 2010, at 2:00 p.m. to **FRIDAY, MARCH 5, 2010, AT 1:30 P.M.**

      **IT IS SO ORDERED.**

Dated: February 12, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE