IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

CHARLES W. McCALL,

    Defendant.

No. CR 00-0505 WHA

**ORDER RE DEFENDANT MCCALL'S MOTION FOR RELEASE ON CONDITIONS PENDING APPEAL**

    Defendant McCall's motion for release on conditions pending appeal has been received and will be heard on March 5 and will be given fair consideration. As stated in connection with the detention hearing earlier, defendant must come to the sentencing hearing, as must all those convicted of a felony, to be remanded upon sentencing. The Court has made no decision in this regard but wishes to preserve all options for the hearing.

    **IT IS SO ORDERED.**

Dated: February 17, 2010.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE