IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

CHARLES W. McCALL,

    Defendant.
                                /

No. CR 00-0505 WHA

**NOTICE RE RESTITUTION TO MCKESSON CORPORATION**

At the sentencing hearing tomorrow, the Court would like to know whether if restitution is ordered in this criminal matter, McKesson Corporation will forego seeking restitution in related civil matters.

Dated: March 4, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE