IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

CHARLES W. McCALL,

    Defendant.

No. CR 00-0505 WHA

**ORDER CLARIFYING JUDGMENT AND VOLUNTARY SURRENDER**

    Defendant McCall shall report to the federal institution designated by the Bureau of Prisons or if one is not yet designated to the United States Marshal's Office in San Francisco on or before noon on March 31, 2010. The requirement in paragraph 2 of the March 11 order that he "immediately report to the United States Marshal's Office" in San Francisco was to establish an immediate line of communication with the Marshal's Office. It is the intent of the Court that defendant McCall start serving his sentence beginning on March 31, subject only to a contrary order from the court of appeals. The request to report to the Marshal in Miami is denied.

    **IT IS SO ORDERED.**

Dated: March 16, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE