JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
DOUGLAS K. CHANG (SBN HI2922)
Assistant United States Attorneys
450 Golden Gate Avenue, Box 36043
San Francisco, California 94102
Telephone: (415) 436-6985
Facsimile:  (415) 436-7169

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. CR 00-0505 WHA |
| Plaintiff, | ) [PROPOSED] |
| v. | ) **ORDER GRANTING** |
| | ) **MOTION FOR ORDER TO APPLY** |
| CHARLES W. McCALL, | ) **APPEARANCE BOND FUNDS TO** |
| | ) **CRIMINAL MONETARY PENALTIES** |
| Defendant. | ) |

The United States having applied for an order directing the Clerk of the Court to apply the Defendant's $1,000,000 appearance bond funds on deposit with the Clerk to the criminal monetary penalties imposed against the Defendant, and for good cause shown

IT IS HEREBY ORDERED that pursuant to 28 U.S.C. § 2044, the Clerk of the Court shall apply so much of the Defendant's $1,000,000 appearance bond funds and any interest earned thereon as is necessary to satisfy the Defendant's criminal monetary penalties, including his $1,000,000 fine and any interest that may accrue thereon.

Dated:  March 26, 2010.

IT IS SO ORDERED
Judge William Alsup

Order Granting Motion for Order
to Apply Bond Funds to Restitution
CR 00-505 WHA