IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

CHARLES W. McCALL,

    Defendant.

                                 /

No. CR 00-0505 WHA

**ORDER CLARIFYING JUDGMENT AND VOLUNTARY SURRENDER**

     Defendant McCall was previously denied bail pending appeal and was ordered to start serving his sentence on or before noon on March 31, 2010. Because defendant McCall appealed the denial of bail pending appeal, his surrender date was stayed pursuant to Ninth Circuit Local Rule 9-1.2(e), pending ruling on the appeal by the Ninth Circuit. On April 15, 2010, the Ninth Circuit denied defendant McCall bail pending appeal. Defendant McCall shall therefore report no later than **NOON ON APRIL 23, 2010**, to the federal institution designated by the Bureau of Prisons or if one was not yet designated to the United States Marshal's Office in San Francisco, to begin serving his sentence.

    **IT IS SO ORDERED.**

Dated: April 19, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE