THEODORE V. WELLS JR. (Admitted *Pro Hac Vice*)
MOSES SILVERMAN (Admitted *Pro Hac Vice*)
MICHAEL E. GERTZMAN (Admitted *Pro Hac Vice*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990

MICHAEL J. SHEPARD (State Bar No. 91281)
HOGAN & HARTSON LLP
4 Embarcadero Center, 22nd Floor
San Francisco, California 94111
Telephone: (415) 374-2300
Facsimile: (415) 374-2499

Attorneys for Defendant
CHARLES W. McCALL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>        v.<br><br>CHARLES W. MCCALL and JAY M. LAPINE,<br><br>             Defendants. | Case No.: CR-00-0505-WHA<br><br>***EX PARTE* APPLICATION AND [PROPOSED] ORDER FOR RELEASE TO ALLOW SELF-SURRENDER**<br><br>The Honorable William H. Alsup |

Defendant Charles W. McCall respectfully submits this *ex parte* application, along with a supporting declaration from Michael J. Shepard.

1. On March 5, 2010, this Court sentenced defendant Charles W. McCall to 10 years incarceration, with a recommendation that the time be served in a camp in Florida, where he resides. He was ordered to report to the US Marshal on March 31.

2. On March 15, 2010, Mr. McCall filed a Motion for Release Pending Appeal in the United States Court of Appeals for the Ninth Circuit, which stayed his surrender date pursuant to Circuit Local Rule 9-1.2(e) until the Court of Appeals resolved his Motion.

3. Late in the afternoon on Thursday, April 15, 2010, the Court of Appeals denied Mr. McCall's Motion.

4. On Monday, April 19, 2010, at about 12:30 pm, after consulting with the Marshal, Mr. McCall surrendered and is now in custody at North County Jail (Glenn Dyer) in Oakland, California.

5. At about 1:45 pm that same afternoon, April 19, 2010, this Court entered an order Clarifying Judgment and Voluntary Surrender, in which the Court ordered that Mr. McCall shall report no later than noon on April 23, 2010, to the federal institution designated by the Bureau of Prisons or, if one was not yet designated, to the United States Marshal's Office in San Francisco, to begin serving his sentence.

6. Today, at approximately 1:00 pm pacific time, the Bureau of Prisons informed one of Mr. McCall's counsel that it designated Mr. McCall to the United States Prison Camp in Pensacola, Florida. During the week, the Bureau of Prisons had been working diligently with Mr. McCall's counsel in order to speed the designation process in the hope of meeting the self-surrender deadline. Attached to the supporting declaration of Michael J. Shepard as Exhibit A is an email from an official at the Bureau of Prisons setting forth the benefit to the Bureau's budget if Mr. McCall were allowed to self-report to the designated institution.

7. Mr. McCall is ordinarily on regular medication for health issues such as high blood pressure. As of 9:00 am today, he had not received any of those medications since his self-surrender.

8. As a result of his self-surrender to the United States Marshal approximately an hour before the Court's order clarifying the terms of his voluntary surrender, Mr. McCall lost the opportunity to self-surrender to the designated institution. Instead, absent the requested relief, the Bureau of Prisons will now have to incur the unnecessary burden and expense of transporting him across country. In addition to the cost to the government, the trip would be long and difficult for Mr. McCall.  See attached email from the Bureau of Prisons.  If Mr. McCall were released from custody and allowed to  self-report  to Pensacola by noon on Tuesday, April 27, 2010, these burdens could be avoided, and Mr. McCall would be spending approximately the same time out of custody that the court intended to allow in its April 19, 2010 order.

9. After learning of Mr. McCall's designation to Pensacola this afternoon, counsel for Mr. McCall communicated with Acting United States Attorney David Anderson about this Application. Mr. Anderson authorized counsel to state that "we do not oppose this Application."

THEREFORE, McCall requests that the court order as follows:

1. The United States Marshal and the Bureau of Prisons are hereby ordered, or in the alternative requested, to release Charles W.  McCall immediately so that he can self-report to the United States Prison Camp at Pensacola, Florida, on or before noon on Tuesday, April 27, 2010.

2. Mr. McCall is ordered to surrender to the United States Prison Camp at Pensacola, Florida on or before noon on Tuesday, April 27, 2010.

3. The clerk of the court shall retain Mr. McCall's bond until his surrender to the United States Prison Camp at Pensacola, Florida, and the bond shall remain in effect.

DATED: April 22, 2010                HOGAN & HARTSON LLP

                                     By: /s/ Michael J. Shepard
                                         Michael J. Shepard

                                     PAUL, WEISS, RIFKIND, WHARTON, & GARRISON LLP
                                     Theodore V. Wells Jr. (Admitted *Pro Hac Vice*)
                                     Moses Silverman (Admitted *Pro Hac Vice*)
                                     Michael E. Gertzman (Admitted *Pro Hac Vice*)
                                     Farrah R. Berse (Admitted *Pro Hac Vice*)
                                     Attorneys for Defendant
                                     CHARLES W. McCALL

IT IS SO ORDERED.

DATED: __April 23__, 2010

_____
THE HONORABLE WILLIAM ALSUP
United States District Judge

IT IS SO ORDERED
Judge William Alsup

3
APPLICATION AND ORDER FOR RELEASE AND TO ALLOW SELF SURRENDER
CASE NO. CR-00-0505-WHA