THEODORE V. WELLS JR. (Admitted *Pro Hac Vice*)
MOSES SILVERMAN (Admitted *Pro Hac Vice*)
MICHAEL E. GERTZMAN (Admitted *Pro Hac Vice*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990

MICHAEL J. SHEPARD (State Bar No. 91281)
MAREN J. CLOUSE (State Bar No. 228726)
HOGAN & HARTSON LLP
4 Embarcadero Center, 22nd Floor
San Francisco, California 94111
Telephone:  (415) 374-2300
Facsimile:  (415) 374-2499

Attorneys for Defendant
CHARLES W. McCALL

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br><br>           v.<br><br>CHARLES W. McCALL and JAY M. LAPINE,<br><br>                          Defendants. | Case No.:  CR-00-0505-WHA<br><br>~~[PROPOSED]~~ **ORDER LIFTING FREEZE OF ASSETS**<br><br><br><br>The Honorable William H. Alsup<br>Courtroom 9, Nineteenth Floor |

1  WHEREAS, on January 11, 2010, this Court entered an Order freezing the assets of
2  defendant Charles W. McCall ("McCall") as a condition of release pending sentencing (the
3  "January 11 Freeze Order"); and
4  WHEREAS, on January 20, 2010, this Court entered a first Amendment to the
5  January 11 Freeze Order; and
6  WHEREAS, the January 11 Freeze Order, as amended, expired of its own terms as
7  of the date that McCall began serving a term of imprisonment; and
8  WHEREAS, McCall began serving a term of imprisonment on April 27, 2010; and
9  WHEREAS, it has been suggested to this Court that clarity concerning the status of
10 this Court's January 11 Freeze Order would benefit McCall and those financial institutions
11 who have been operating under the terms of the January 11 Freeze Order;
12 It is hereby ordered that:
13 1. The Court's January 11 Freeze Order, as amended, has expired of its own terms,
14 and the freeze of McCall's assets instituted by the Court's January 11 Freeze Order is
15 thereby lifted.
16 2. Service of this Order shall be effective if made by facsimile, hand delivery,
17 overnight courier, mail, or electronic mail.
18 3. Any bank or financial institution that receives actual notice of this Order by a
19 method of service specified in Paragraph 2 shall comply with this Order.

IT IS SO ORDERED.

DATED: __April 30_____, 2010    _____
THE HONORABLE WILLIAM H. ALSUP
United States



1

ORDER LIFTING FREEZE OF ASSETS
CASE NO. CR-00-0505-WHA