IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>CHARLES W. McCALL,<br><br>    Defendant.<br>                                          / | No. CR 00-0505 WHA<br><br>**RECOMMENDATION THAT CHARLES MCCALL BE TRANSFERRED TO THE SATELLITE CAMP ADJACENT TO THE FEDERAL CORRECTIONAL INSTITUTION IN MIAMI, FLORIDA** |

      Having considered defendant's motion for a transfer recommendation, the Bureau of Prisons is strongly encouraged to allow the temporary transfer, or transfer, of Charles W. McCall, Reg. No. 93071-011, to the Satellite Camp adjacent to the Federal Correctional Institution in Miami, Florida, so that Mr. McCall may visit with his wife and children due to Mrs. McCall's recently diagnosed and serious medical condition. The December 14 hearing on defendant's motion is **VACATED**. The Clerk shall send this recommendation to the following:

- Federal Bureau of Prisons, Designation and Sentence Computation Center
  Grand Prairie Office Complex
  U.S. Armed Forces Reserve Complex
  346 Marine Forces Drive
  Grand Prairie, TX 75051

- Warden Mike Babcock
  FPC Pensacola, Federal Prison Camp
  P.O. Box 3933
  Pensacola, FL 32516

- Regional Director Raymond E. Holt
  Southeast Regional Office, Federal Bureau of Prisons
  3800 Camp CRK PK SW/BDG 2000
  Atlanta, GA 30331

Dated: December 9, 2010.

                                                WILLIAM ALSUP
                                                UNITED STATES DISTRICT JUDGE