UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>  v.<br><br>CHARLES W. McCALL,<br><br>                      Defendant. | Case No.: CR-00-0505-WHA<br><br>**RECOMMENDATION THAT DEFENDANT CHARLES W. McCALL BE FURLOUGHED** |

Having considered Defendant Charles W. McCall's Motion for a Furlough Recommendation, the Bureau of Prisons is strongly encouraged to allow Mr. McCall's furlough from the satellite camp at the Federal Correctional Institution in Miami, Florida, to his home at 1002 Rhodes Villa Avenue, Delray Beach, Florida, and Boca Raton Regional Hospital in Boca Raton, Florida, so that he can spend time with his wife, who is feared near death. The Clerk shall serve this recommendation on:

Warden Kenny Atkinson
FCI Miami
Federal Correctional Institution
15801 S.W. 137th Ave.
Miami, Florida  33177

Regional Director Raymond E. Holt
Southeast Regional Office, Federal Bureau of Prisons
3800 Camp CRK PK SW/BDG 2000
Atlanta, Georgia  30331

IT IS SO RECOMMENDED.

DATED: August 8, 2011.

_____
THE HONORABLE WILLIAM ALSUP
United States District Judge