1  BRIAN J. STRETCH (CSBN 163973)
   Acting United States Attorney
2
   ADAM A. REEVES (NYSB 2363877)
3  Assistant United States Attorney

4  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
5  Telephone: (415) 436-7157
   Facsimile: (415) 436-7234
6  Adam.Reeves@usdoj.gov

7  Attorneys for Plaintiff
   UNITED STATES OF AMERICA
8
                          UNITED STATES DISTRICT COURT
9
                         NORTHERN DISTRICT OF CALIFORNIA
10
                              SAN FRANCISCO DIVISION
11
   UNITED STATES OF AMERICA,        )    No.  CR 00-0505 (WHA)
12                                  )
        Plaintiff,                  )    STIPULATION AND
13                                  )    [PROPOSED] ORDER
                                    )    EXTENDING TIME TO RESPOND
        v.                          )    TO DEFENDANT'S MOTION
14                                  )    PURSUANT TO 28 U.S.C. § 2255
   CHARLES W. McCALL, Jr.,          )
15                                  )
        Defendant.                  )
16 _____)

17

18     WHEREAS, on or about June 18, 2013, the defendant moved to vacate his sentence

19 pursuant to 28 U.S.C. § 2255.

20     WHEREAS, on or about June 24, 2013, the Court ordered the government to show cause

21 within "sixty days" or by August 24, 2013 why the motion should not be granted.

22     WHEREAS, undersigned counsel for the government has been scheduled to try two other

23 cases that are related to a long-standing insider trading investigation beginning August 26, 2013

24 (*United States v. Bayyouk*, Case No. CR 12-0420 EMC) and beginning September 16, 2013

25 (*United States v. Salman*, Case No. CR 11-0625 EMC) and anticipates that he will be fully

26 engaged in these trials through at least October 4, 2013.

27     WHEREAS, counsel for the government therefore requests an adjournment of the

28 STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO
   DEFENDANT'S MOTION PURSUANT TO 28 U.S.C. § 2255, CASE NO. CR 00-0505 (WHA)

government's time to answer the defendant's pending motion until October 24, 2013.

WHEREAS, counsel for the defendant consents to an adjournment until only September 24, 2013 but will not consent to an adjournment until October 24, 2013.

STIPULATED AND AGREED TO:

DATED: August 9, 2013

MELINDA HAAG
United States Attorney

/s/
_____

Adam A. Reeves
Assistant United States Attorney

DATED:  August 9, 2013

/s/
_____

William L. Osterhoudt, Esq.
Law Offices of William L. Osterhoudt
Counsel for Defendant

## ORDER

**PURSUANT TO STIPULATION, AND FOR GOOD CAUSE SHOWN,**

**IT IS SO ORDERED THAT** the government's time to respond to the defendant's motion to vacate pursuant to 28 U.S.C. § 2255 shall be extended until October 24, 2013.

Dated:  August 14, 2013

_____
Hon. William H. Alsup
United States District Judge
Northern District of California

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO
DEFENDANT'S MOTION PURSUANT TO 28 U.S.C. § 2255, CASE NO. CR 00-0505 (WHA)