IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>CHARLES W. McCALL,<br><br>    Defendant.<br>                                      / | No. C 00-00505 WHA<br><br>**ORDER GRANTING MOTION TO STRIKE DOCUMENT** |

On January 8, 2014, a anonymous non-party filed a brief in opposition to defendant Charles McCall's Section 2255 motion (Dkt. No. 1164). Among other claims, the non-party alleges that he or she was harmed by defendant's actions. Defendant moves to strike this document because the anonymous party has no standing to intervene.

The undersigned judge is aware of no authority that would support intervention by a third party in a criminal proceeding and the non-party provides no grounds for intervention in its brief. *United States v. Lepp*, 2013 U.S. Dist. LEXIS 6683, at *2–3 (N.D. Cal. Jan. 16, 2013). Thus, defendant's motion to strike is **GRANTED**.

**IT IS SO ORDERED.**

Dated: January 16, 2014.

                                                WILLIAM ALSUP
                                                UNITED STATES DISTRICT JUDGE