IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 00-0505 WHA |
| Plaintiff, | |
| v. | **ORDER GRANTING REQUEST TO WITHDRAW MOTIONS** |
| CHARLES McCALL, | |
| Defendant. | |

The Court is in receipt of defendant's request to withdraw his pro se motion to compel and motion for an evidentiary hearing. Defendant's request is **GRANTED**.

**IT IS SO ORDERED.**

Dated: September 6, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE