IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>CHARLES McCALL,<br><br>    Defendant.<br>                                             / | No. CR 00-0505 WHA<br><br>**ORDER SETTING HEARING** |

Defendant's motion to set an earlier return date for the government's motion under Rule 35 is **GRANTED IN PART**. The motion will be heard on **NOVEMBER 16 AT 2:00 P.M.**

**IT IS SO ORDERED.**

Dated: November 7, 2016.

                                                        WILLIAM ALSUP<br>
                                                        UNITED STATES DISTRICT JUDGE