BOERSCH SHAPIRO LLP
David W. Shapiro (State Bar No. 219265)
Dshapiro@boerschshapiro.com
Martha Boersch (State Bar No. 126569)
Mboersch@boerschshapiro.com
Lara Kollios (State Bar No. 235395)
Lkollios@boerschshapiro.com
1611 Telegraph Ave., Ste. 806
Oakland, CA 94612
Telephone: (415) 500-6640

Attorneys for Defendant
CHARLES W. MCCALL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHARLES W. MCCALL,<br><br>Defendant. | Case No. 00-cr-00505-WHA-3<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE MOTION HEARING** |

The above-entitled matter is set for a motion hearing before this Court on November 15, 2016 at 2:00 p.m.  Counsel for Mr. McCall is unavailable on November 15, 2016.  The parties conferred and respectfully request that the Court continue the hearing from November 15, 2016 to November 17, 2016 at 10:00 a.m.  The government has no objection to this request.

**IT IS SO STIPULATED:**


DATED: November 14, 2016            _____/s/_____
                                    DAVID W. SHAPIRO
                                    Counsel for Defendant


DATED: November 14, 2016            _____/s/_____
                                    ADAM A. REEVES
                                    Assistant United States Attorney


STIPULATION AND [PROPOSED] ORDER
Case No.: 00-cr-00505-WHA-3

**[PROPOSED]** ORDER

Based on the foregoing Stipulation and for good cause shown, the Court hereby continues the motion hearing currently set on November 15, 2016 at 2:00 p.m. to November 17, 2016 at 10:00 a.m.

**IT IS SO ORDERED.**

DATE: __November 14__, 2016.

_____
HONORABLE WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE